David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Michael P. Lavigne (SBN 216538)
lavignem@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-22220

Attorneys for Defendant
COLLECTION BUREAU OF AMERICA, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS,<br><br>            Plaintiff,<br>vs.<br><br>COLLECTION BUREAU OF AMERICA, LTD.<br><br>            Defendant | Case No: 3:18-cv-04766-RS<br><br>NOTICE OF SETTLEMENT |

TO THE HONORABLE COURT:

   PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.

   In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

                              CARLSON & MESSER LLP

Dated: April 3, 2019         s/ David J. Kaminski
                              David J. Kaminski
                              Michael P. Lavigne
                              Attorneys for Defendant,
                              COLLECTION BUREAU OF AMERICA, LTD

{00112524;1}                         1

## **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 3rd day of April, 2019, a true and accurate copy of the foregoing Notice of Settlement were served via the District Court ECF System on the Following:

Email: Jarrett@hughesellzey.com
jack@hughesellzey.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP