Jarrett L. Ellzey
Jarrett@hughesellzey.com
**HUGH ELLZEY, LLP**
1105 Milford Street
Houston, TX 77006
Tel: (713) 554-2377
Attorney for Plaintiff
CHRISTOPHER WILLIAMS

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Michael P. Lavigne (SBN 216538)
Lavignem@cmtlaw.com
**CARLSON & MESSER LLP**
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant
COLLECTION BUREAU OF AMERICA, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER WILLIAMS<br><br>    Plaintiff,<br><br>    vs.<br><br>COLLECTION BUREAU OF AMERICA, LTD.<br><br>    Defendant. | Case No: 3:18-cv-04766-RS<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiff CHRISTOPHER WILLIAMS ("Plaintiff") and Defendant COLLECTION BUREAU OF AMERICA, LTD, through their respective counsel of record, that Plaintiffs shall dismiss the entire action, with prejudice, the above-entitled action in its entirety as to all parties named therein, pursuant to FRCP 41(a)(1)(A)(ii).

///

///

///

{00116047;1}

1

1 | Each party shall bear his/her/its own costs and attorney's fees.

**SO STIPULATED.**

DATED: May 29, 2019                    HUGHES ELLZEY, LLP


By: /s/ Jarrett L. Ellzey
    Jarrett L. Ellzey
    Attorney for Plaintiff,
    CHRISTOPHER WILLIAMS

DATED: May 29, 2019                    CARLSON & MESSER LLP


By: /s/ David J. Kaminski
    David J. Kaminski
    Michael P. Lavigne
    Attorneys for Defendant,
    COLLECTION BUREAU OF
    AMERICA, LTD

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jarrett L. Ellzey, counsel for Plaintiff. I have obtained Mr. Ellzey's authorization to affix their electronic signature to this document.

Dated: May 29, 2019                             /s/ David J. Kaminski_____
                                                David J. Kaminski
                                                Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 29rd day of May, 2019, a true and accurate copy of the foregoing STIPULATION RE: DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) served via the District Court ECF System on the Following:

Email: Jarrett@hughesellzey.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP

{00116047;1}

4