# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLLECTION BUREAU OF AMERICA, LTD.<br>　　　　Defendant. | CASE NO. 3:18-cv-04766-RS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

Having considered the parties' Stipulation to Dismiss, the above-entitled action is hereby dismissed without prejudice. Each party shall bear its own costs and expenses.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 30, 2019　　　　　　　　　　　　　/s/ Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

{00109255;1}

1

STIPULATION FOR DISMISSAL
CASE NO: 3:18-cv-04766-RS